# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 30, 2025

**BY ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: **United States v. Winston Carver**
    25-Cr-75 (PKC)

Dear Judge Castel:

I represent defendant Winston Carver in the above-captioned matter.  Mr. Carver was arraigned on an indictment on March 12, 2025, charging one count of 18 U.S.C. § 922(g).  His next court date is a conference scheduled for September 2.

At Mr. Carver's request, I write to inform the Court that he wishes to seek substitution of counsel in this matter due to a breakdown in the attorney-client relationship.  I have notified the government that Mr. Carver was making this request.  I am happy to provide further information about the breakdown in communication if the Court wishes.  Should the Court wish to hold a hearing on this request, please note that defense counsel will be <u>unavailable</u> on August 1, August 5, and August 7.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Adam Hobson

**Natali is provisionally appointed, pursuant to the CJA, to represent Mr. Carver. Mr. Arthus and Ms. Todd should appear at the September 2, 2025 conference.
SO ORDERED
Dated:  7/31/2025**

P. Kevin Castel
United States District Judge

**cc:  Natali J.H. Todd**