UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                         25 CR 75 (PKC)

      -against-                                        ORDER

WINSTON CARVER,

                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for November 12, 2025 is adjourned until December 3, 2025 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed so that the defendant can continue to consult with his new counsel, review discovery, and consider a potential disposition.  Accordingly, the time between today and December 3, 2025 is excluded.

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
          November 10, 2025